Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA STEWART, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>  vs.<br><br>AUTOMATED INCOME STREAM, LLC and PROSPERITY TEAM, LLC,<br><br>Defendant. | Case No. 2:15-cv-03115-SVW-JC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter without prejudice.  Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 21st day of July, 2015.
By:   s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 21st day of July, 2015, with:

United States District Court CM/ECF system

Notification sent on this 21st day of July, 2015, via the ECF system to:

Honorable Jacqueline Chooljian
United States District Court
Central District of California

And served via mail to:

Automated Income Stream
11278 Silver Ridge Dr,
Sandy, UT 84094

Prosperity Team, LLC
1320 West Lake St. Suite 214
Minneapolis, MN 55408

This 21st day of July, 2015.
By: s/Todd M. Friedman
      Todd M. Friedman